THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHY M. FLOWERS, | ) | 4:04CV3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF THE | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed a motion (filing 27) for extension of time to respond to Plaintiff's application (filing 26) for attorney's fees. Defendant's motion represents that Plaintiff's counsel has no objection to the requested extension of time. I shall grant Defendant's motion.

IT IS ORDERED:

1. Defendant's motion (filing 27) for extension of time to respond to Plaintiff's application (filing 26) for attorney's fees is granted;

2. Defendant shall file her response to Plaintiff's application (filing 26) for attorney's fees on or before April 28, 2005;

3. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date on Filing 26 is April 28, 2005.

DATED this 19th day of April, 2005.

>BY THE COURT:
>s/Richard G. Kopf
>United States District Judge