THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHY M. FLOWERS, | ) | 4:04CV3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF THE | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed a motion (filing 37) for extension of time to respond to Plaintiff's application (filing 35) for attorney's fees. Defendant's motion represents that Plaintiff's counsel has no objection to the requested extension of time. I shall grant Defendant's motion.

IT IS ORDERED:

1. Defendant's motion (filing 37) for extension of time to respond to Plaintiff's application (filing 35) for attorney's fees is granted;

2. Defendant shall file her response to Plaintiff's application for attorney's fees on or before June 10, 2005;

3. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date on Filing 35 is June 10, 2005.

DATED this 1st day of June, 2005.

                                        BY THE COURT:
                                        s/Richard G. Kopf
                                        United States District Judge